IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| HERMAN L. HUTTON, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:13-cv-00378-SWW |
| | * | |
| | * | |
| MAYOR DANNY MAYNARD, SR., | * | |
| Individually and as Mayor of the City of | * | |
| England, Arkansas; LENNY ABRAMS; | * | |
| PEGGY BAKER; RICK DOUGLAS; | * | |
| DEARL FRIZZELL; MARY GIVENS; | * | |
| BILL NEWTON; JEREMY NUTZ; | * | |
| DUDLY WEBB, JR.; and THE CITY OF | * | |
| ENGLAND, ARKANSAS, | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

In accordance with the Opinion and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that plaintiff Herman L. Hutton's federal claims are dismissed with prejudice and his state law claim of wrongful discharge is dismissed without prejudice.

IT IS SO ORDERED this 8th day of January 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE